UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| LATRINA COX, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>R&B CORPRATION OF VIRGINIA, d/b/a CREDIT CONTROL CORPORATION,<br><br>Defendant. | Civil Action No.: 4:21-cv-00067-RCY-DEM |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Latrina Cox, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice, with each party to bear its own attorneys' fees and costs.

DATED:  August 16, 2021                     Respectfully submitted,

*/s/ Dale Pittman*
Dale W. Pittman (VSB #15673)
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-600) (Phone)
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

Michael L. Greenwald (*pro hac vice*)
Greenwald Davidson Radbil PLLC
7601 N. Federal Highway, Suite A-230
Boca Raton, Florida 33487
Tel: (561) 826-5477
mgreenwald@gdrlawfirm.com

*Counsel for Plaintiff*

1