IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| LATRINA COX, on behalf of herself and others similarly situated,<br>    Plaintiff,<br><br>    v.<br><br>R&B CORPORATION OF VIRGINIA, d/b/a CREDIT CONTROL CORPORATION,<br>    Defendant. | Civil Action No. 4:21cv67 (RCY) |

## FINAL ORDER

This matter is before the Court on the Notice of Voluntary Dismissal with Prejudice (ECF No. 12). This Notice was filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). It appearing to the Court that all matters of controversy in this action have been settled, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

/s/ _____
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: August 16, 2021